UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **Sanjay Krishna et al.** ) | |
| Plaintiff, ) | **1:24-cv-10241-MJJ** |
| v. ) | |
| **Julie Su** ) | |
| Defendant ) | |

# JUDGMENT

February 5, 2025

**Joun, D.J.**

In accordance with the Court's Memorandum of Decision entered and dated February 5, 2025, it is hereby **ORDERED** that this action is dismissed.

**/s/ Myong J. Joun**
Myong J. Joun
United States District Judge